# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| Michael R Fiorucci | § § | Case No. 14-23560 |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/25/2014 . The undersigned trustee was appointed on 06/25/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 155,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 49,952.21 |
| Bank service fees | | 1,353.35 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 103,694.44 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  12/07/2015  and the deadline for filing governmental claims was  12/07/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 11,000.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 11,000.00 , for a total compensation of $ 11,000.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 25.60 , for total expenses of $ 25.60 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/19/2018                By:/s/Joji Takada, Chapter 7 Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 14-23560 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Michael R Fiorucci | | | | Date Filed (f) or Converted (c): | 06/25/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/04/2014 |
| For Period Ending: | 03/19/2018 | | | | Claims Bar Date: | 12/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Fifth Third Checking Account | 3,000.00 | 1,000.00 | | 0.00 | FA |
| 2. Fifth Third Savings Account | 700.00 | 0.00 | | 0.00 | FA |
| 3. Bank Of America Savings Account | 75.77 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous | 500.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Pacific Life Whole Life Insurance Policy | 6,309.79 | 0.00 | | 0.00 | FA |
| 7. Cetera Rollover Ira | 195,831.89 | 0.00 | | 0.00 | FA |
| 8. Ascension Health 403(B) Retirement Savings Plan | 22,033.75 | 0.00 | | 0.00 | FA |
| 9. Ascension Health 401(A) Plan | 4,125.19 | 0.00 | | 0.00 | FA |
| 10. Little Company Of Mary 401(K) Plan | 4,701.22 | 0.00 | | 0.00 | FA |
| 11. 2012 Toyota Highlander | 21,750.00 | 0.00 | | 0.00 | FA |
| 12. Accounts Receivable (u) Prepetition compensation of $300,000.00 | 0.00 | 300,000.00 | | 135,000.00 | FA |
| 13. Accounts Receivable (u) Postpetition transfer of $30,000 to church | 0.00 | 30,000.00 | | 20,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $260,027.61    $331,000.00    $155,000.00    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

UST has extended time to object to discharge; Trustee has followed suit. - Joji Takada 11/30/2014

UST has extended time to object to discharge; Trustee has followed suit. - Joji Takada 3/25/2015

UST has filed complaint to deny discharge; Trustee pursuing post-petition transfers of undisclosed assets. - Joji Takada 6/30/2015

Trustee hired bankruptcy counsel to pursue post-petition transfers. - Joji Takada 11/30/2015

Debtor waived discharge; Trustee investigating turnover of property of the estate. - Joji Takada 6/27/2016

Trustee investigating turnover of property of the estate. - Joji Takada 9/2/2016

Trustee investigating turnover of property of the estate. - Joji Takada 12/20/2016

Trustee investigating turnover of property of the estate. - Joji Takada 3/1/2017

Settlement discussion re turnover of property of the estate. - Joji Takada 6/20/2017

Received turnover of settlement amount re: property of the estate. - Joji Takada 9/10/2017

Claims administration re student loans; Consulting with tax professional re: tax returns. - Joji Takada 12/15/2017

Initial Projected Date of Final Report (TFR): 06/25/2016      Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-23560  
Case Name: Michael R Fiorucci  
Taxpayer ID No: XX-XXX3765  
For Period Ending: 03/19/2018  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0312  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/11/16 | 13 | First Baptish Church of Lockport | Settlement payment re: post-petition transfer of estate property | 1229-000 | $20,000.00 | | $20,000.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.14 | $19,979.86 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.74 | $19,951.12 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.66 | $19,921.46 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.61 | $19,891.85 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.62 | $19,863.23 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.53 | $19,833.70 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.54 | $19,805.16 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.44 | $19,775.72 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.40 | $19,746.32 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.52 | $19,719.80 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.32 | $19,690.48 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.33 | $19,662.15 |

Page Subtotals:    $20,000.00    $337.85

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                Exhibit B

| | | |
|---|---|---|
| Case No: 14-23560 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Michael R Fiorucci | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX0312 |
| | | Checking |
| Taxpayer ID No: XX-XXX3765 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 03/19/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.23 | $19,632.92 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.25 | $19,604.67 |
| 08/03/17 | 12 | Meltzer Purtill Stelle LLC | Settlement payment Settlement re turnover of property of the estate | 1229-000 | $135,000.00 | | $154,604.67 |
| 08/03/17 | 1001 | Meltzer Purtill Stelle LLC Meltzer, Purtill & Stelle LLC 300 South Wacker Drive, Suite 2300 Chicago, IL 60606 Attn: David L. Kane | Payment to trustee professional Bankruptcy counsel fees and costs | | | $49,891.88 | $104,712.79 |
| | | Meltzer Purtill Stelle LLC | ($47,559.50) | 3210-000 | | | |
| | | Meltzer Purtill Stelle LLC | ($2,332.38) | 3220-000 | | | |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.15 | $104,683.64 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $164.18 | $104,519.46 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $150.39 | $104,369.07 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $155.16 | $104,213.91 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $149.94 | $104,063.97 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $154.71 | $103,909.26 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $154.49 | $103,754.77 |
| 02/27/18 | 1002 | INTERNATIONAL SURETIES 701 Poydras St Suite 420 New Orleans, LA 70139 | 2018 Blanket Bond Payment | 2300-000 | | $60.33 | $103,694.44 |
| | | | Page Subtotals: | | $135,000.00 | $50,967.71 | |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $155,000.00 | $51,305.56 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $155,000.00 | $51,305.56 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $155,000.00 | $51,305.56 |

Exhibit B

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0312 - Checking | $155,000.00 | $51,305.56 | $103,694.44 |
|  | $155,000.00 | $51,305.56 | $103,694.44 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $155,000.00 |
| Total Gross Receipts: | $155,000.00 |

Page Subtotals:              $0.00              $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-23560  
Debtor Name: Michael R Fiorucci  
Claims Bar Date: 12/7/2015  

Date: March 19, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Administrative | | $0.00 | $11,000.00 | $11,000.00 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Administrative | | $0.00 | $25.60 | $25.60 |
| 1 100 2990 | Office Of The U.S. Trustee<br><B>(Administrative)</B><br>219 S Dearborn St. Room 873<br>Chicago, Il 60604 | Administrative | | $0.00 | $275.00 | $275.00 |
| 100 3210 | Meltzer Purtill Stelle LLC<br>Meltzer, Purtill & Stelle LLC<br>300 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>Attn: David L. Kane | Administrative | | $0.00 | $47,559.50 | $47,559.50 |
| 100 3220 | Meltzer Purtill Stelle LLC<br>Meltzer, Purtill & Stelle LLC<br>300 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>Attn: David L. Kane | Administrative | | $0.00 | $2,332.38 | $2,332.38 |
| 2 300 7100 | Navient Solutions Inc<br>220 Lasley Ave.<br>Wilkes-Barre Pa. 18706 | Unsecured | | $54,358.00 | $57,182.66 | $57,182.66 |
| 3 300 7100 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Unsecured | | $75.00 | $75.94 | $75.94 |
| 4 300 7100 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Unsecured | | $3,051.00 | $3,159.59 | $3,159.59 |
| 5 300 7100 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Unsecured | | $3,355.00 | $3,348.11 | $3,348.11 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-23560                                                                                           Date: March 19, 2018
Debtor Name: Michael R Fiorucci
Claims Bar Date: 12/7/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6 300 7100 | Navient Solutions, Inc. P.O. Box 9640 Wilkes-Barre, Pa 18773-9640 | Unsecured | | $3,314.00 | $3,430.15 | $3,430.15 |
| 7 300 7100 | Toyota Motor Credit Corporation C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $2,216.15 | $2,216.15 |
| 8 300 7100 | Toyota Motor Credit Corporation C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $9,183.02 | $9,183.02 |
| 9 300 7100 | Synchrony Bank C/O Recovery Management Systems Corp 25 Se 2Nd Ave Suite 1120 Miami Fl 33131-1605 | Unsecured | | $4,970.00 | $5,104.30 | $5,104.30 |
| 10 350 7200 | Navient Solutions, Inc. 220 Lasley Ave Wilkes-Barre, Pa 18706 | Unsecured | Duplicate claim to Claim 2; 128 06/09/2017 Withdrawal of Claim(s): 10 Filed by Navient Solutions, Inc.. (Nallon, Thomas) | $0.00 | $60,581.25 | $0.00 |
| 11 350 7200 | Navient Pc Trust C/O Navient Solutions, Inc. Po Box 9640 Wilkes-Barre, Pa 18773-9640 | Unsecured | | $3,272.00 | $3,302.38 | $3,302.38 |
| 12 350 7200 | Navient Pc Trust C/O Navient Solutions, Inc. Po Box 9640 Wilkes-Barre, Pa 18773-9640 | Unsecured | | $3,233.00 | $3,585.21 | $3,585.21 |
| 13 350 7200 | Navient Pc Trust C/O Navient Solutions, Inc. Po Box 9640 Wilkes-Barre, Pa 18773-9640 | Unsecured | | $3,051.00 | $3,497.48 | $3,497.48 |
| 14 350 7200 | Navient Pc Trust C/O Navient Solutions, Inc. Po Box 9640 Wilkes-Barre, Pa 18773-9640 | Unsecured | Duplicate of claim 3 | $73.00 | $79.32 | $79.32 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-23560  
Debtor Name: Michael R Fiorucci  
Claims Bar Date: 12/7/2015  

Date: March 19, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 15 / 350 / 7200 | Park Bank<br>Philip James Addis<br>504 Main St<br>Lacrosse Wi 54601 | Unsecured | Amended by Claim No. 18 | $132,681.00 | $191,626.41 | $0.00 |
| 16 / 350 / 7200 | Chase Bank Usa, N.A.<br>Attn: Corres Dept<br>Po Box 15298<br>Wilmington De 19850 | Unsecured | | $17,058.00 | $17,058.84 | $17,058.84 |
| 17 / 350 / 7200 | Chase Bank Usa, N.A.<br>Attn: Corres Dept<br>Po Box 15298<br>Wilmington De 19850 | Unsecured | | $5,939.00 | $6,041.33 | $6,041.33 |
| 18 / 350 / 7200 | Park Bank<br>Philip James Addis<br>504 Main St<br>Lacrosse Wi 54601 | Unsecured | | $0.00 | $148,495.04 | $148,495.04 |
| | Case Totals | | | $234,430.00 | $579,159.66 | $326,952.00 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-23560
Case Name: Michael R Fiorucci
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand $ 103,694.44

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 11,000.00 | $ 0.00 | $ 11,000.00 |
| Trustee Expenses: Joji Takada | $ 25.60 | $ 0.00 | $ 25.60 |
| Attorney for Trustee Fees: Meltzer Purtill Stelle LLC | $ 47,559.50 | $ 47,559.50 | $ 0.00 |
| Attorney for Trustee Expenses: Meltzer Purtill Stelle LLC | $ 2,332.38 | $ 2,332.38 | $ 0.00 |
| Other: Office Of The U.S. Trustee | $ 275.00 | $ 0.00 | $ 275.00 |

Total to be paid for chapter 7 administrative expenses $ 11,300.60

Remaining Balance $ 92,393.84

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,699.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Navient Solutions Inc | $ 57,182.66 | $ 0.00 | $ 57,182.66 |
| 3 | Navient Solutions, Inc. | $ 75.94 | $ 0.00 | $ 75.94 |
| 4 | Navient Solutions, Inc. | $ 3,159.59 | $ 0.00 | $ 3,159.59 |
| 5 | Navient Solutions, Inc. | $ 3,348.11 | $ 0.00 | $ 3,348.11 |
| 6 | Navient Solutions, Inc. | $ 3,430.15 | $ 0.00 | $ 3,430.15 |
| 7 | Toyota Motor Credit Corporation | $ 2,216.15 | $ 0.00 | $ 2,216.15 |
| 8 | Toyota Motor Credit Corporation | $ 9,183.02 | $ 0.00 | $ 9,183.02 |
| 9 | Synchrony Bank | $ 5,104.30 | $ 0.00 | $ 5,104.30 |
| | Total to be paid to timely general unsecured creditors | | | $ 83,699.92 |
| | Remaining Balance | | | $ 8,693.92 |

Tardily filed claims of general (unsecured) creditors totaling $ 182,059.60 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 4.8 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Navient Pc Trust | $ 3,302.38 | $ 0.00 | $ 157.70 |
| 12 | Navient Pc Trust | $ 3,585.21 | $ 0.00 | $ 171.21 |
| 13 | Navient Pc Trust | $ 3,497.48 | $ 0.00 | $ 167.02 |
| 14 | Navient Pc Trust | $ 79.32 | $ 0.00 | $ 3.79 |
| 16 | Chase Bank Usa, N.A. | $ 17,058.84 | $ 0.00 | $ 814.61 |
| 17 | Chase Bank Usa, N.A. | $ 6,041.33 | $ 0.00 | $ 288.49 |
| 18 | Park Bank | $ 148,495.04 | $ 0.00 | $ 7,091.10 |

Total to be paid to tardy general unsecured creditors         $         8,693.92

Remaining Balance                                             $             0.00


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE