# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| Michael R Fiorucci | § | Case No. 14-23560 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee            , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 18,550.00                          Assets Exempt: 241,477.61
*(Without deducting any secured claims)*

Total Distributions to Claimants:  92,393.84         Claims Discharged
                                                     Without Payment:  890,647.75

Total Expenses of Administration:  62,606.16

---

3) Total gross receipts of $ 155,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 155,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 287,842.68 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 62,606.16 | 62,606.16 | 62,606.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 31,334.76 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 632,534.63 | 517,967.18 | 265,759.52 | 92,393.84 |
| **TOTAL DISBURSEMENTS** | $ 951,712.07 | $ 580,573.34 | $ 328,365.68 | $ 155,000.00 |

4) This case was originally filed under chapter 7 on 06/25/2014 . The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/12/2019            By:/s/Joji Takada, Chapter 7 Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1229-000 | 135,000.00 |
| Accounts Receivable | 1229-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 155,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bankers Healthcare Group, Inc. c/o Chrisopher J. Cali 325 James St. Syracuse, NY 13203 | | 224,855.68 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Motor Credit Co Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 | | 33,182.00 | NA | NA | 0.00 |
| | Toyota Motor Credit Co Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 | | 29,805.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 287,842.68** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 11,000.00 | 11,000.00 | 11,000.00 |
| Joji Takada | 2200-000 | NA | 25.60 | 25.60 | 25.60 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 60.33 | 60.33 | 60.33 |
| Associated Bank | 2600-000 | NA | 1,353.35 | 1,353.35 | 1,353.35 |
| Office Of The U.S. Trustee | 2990-000 | NA | 275.00 | 275.00 | 275.00 |
| Meltzer Purtill Stelle LLC | 3210-000 | NA | 47,559.50 | 47,559.50 | 47,559.50 |
| Meltzer Purtill Stelle LLC | 3220-000 | NA | 2,332.38 | 2,332.38 | 2,332.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 62,606.16** | **$ 62,606.16** | **$ 62,606.16** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kalamazoo Friend of the Court;201 West Kalamazoo Ave.;Kalamazoo, MI 49007 | | 31,334.76 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 31,334.76 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 31,053.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 13,516.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 5,939.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 17,058.00 | NA | NA | 0.00 |
| | Direct TV Customer Service PO Box 6550 Greenwood Village, CO 80155 | | 270.63 | NA | NA | 0.00 |
| | First Natl Bank Park F Pob 250 Park Falls, WI 54552 | | 53,722.00 | NA | NA | 0.00 |
| | GECRB/Gap Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 4,970.00 | NA | NA | 0.00 |
| | Global Netwk 5320 College Blvd Shawnee Missio, KS 66211 | | 6,507.00 | NA | NA | 0.00 |
| | Loyola University Medical Center PO Box 3266 Milwaukee, WI 53201-3266 | | 304.00 | NA | NA | 0.00 |
| | Park Bk Hlmn 1200 Main Street Holmen, WI 54636 | | 132,681.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 75.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 3,087.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 3,355.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 54,358.00 | NA | NA | 0.00 |
| | Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 3,272.00 | NA | NA | 0.00 |
| | Sallie Mae Po Box 9655 Wilkes Barre, PA 18773 | | 73.00 | NA | NA | 0.00 |
| | Sallie Mae Po Box 9655 Wilkes Barre, PA 18773 | | 3,233.00 | NA | NA | 0.00 |
| | Sallie Mae Po Box 9655 Wilkes Barre, PA 18773 | | 3,314.00 | NA | NA | 0.00 |
| | Sallie Mae Po Box 9655 Wilkes Barre, PA 18773 | | 3,051.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Suntrust Bank Atlanta Attn Bankruptcy Dept Po Box 85092  Mc Va-Wmrk-7952 Richmond, VA 23286 |  | 58,121.00 | NA | NA | 0.00 |
|  | Trestlewood Pediatrics 5082 Lovers Lane Portage, MI 49002-1525 |  | 145.00 | NA | NA | 0.00 |
|  | U.S. Trustee 219 South Dearborn Suite 873 Chicago, IL 60604 |  | 0.00 | NA | NA | 0.00 |
| 2 | Navient Solutions Inc | 7100-000 | 54,358.00 | 57,182.66 | 57,182.66 | 57,182.66 |
| 3 | Navient Solutions, Inc. | 7100-000 | 75.00 | 75.94 | 75.94 | 75.94 |
| 4 | Navient Solutions, Inc. | 7100-000 | 3,051.00 | 3,159.59 | 3,159.59 | 3,159.59 |
| 5 | Navient Solutions, Inc. | 7100-000 | 3,355.00 | 3,348.11 | 3,348.11 | 3,348.11 |
| 6 | Navient Solutions, Inc. | 7100-000 | 3,314.00 | 3,430.15 | 3,430.15 | 3,430.15 |
| 9 | Synchrony Bank | 7100-000 | 4,970.00 | 5,104.30 | 5,104.30 | 5,104.30 |
| 7 | Toyota Motor Credit Corporation | 7100-000 | NA | 2,216.15 | 2,216.15 | 2,216.15 |
| 8 | Toyota Motor Credit Corporation | 7100-000 | NA | 9,183.02 | 9,183.02 | 9,183.02 |
| 16 | Chase Bank Usa, N.A. | 7200-000 | 17,058.00 | 17,058.84 | 17,058.84 | 814.61 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | Chase Bank Usa, N.A. | 7200-000 | 5,939.00 | 6,041.33 | 6,041.33 | 288.49 |
| 11 | Navient Pc Trust | 7200-000 | 3,272.00 | 3,302.38 | 3,302.38 | 157.70 |
| 12 | Navient Pc Trust | 7200-000 | 3,233.00 | 3,585.21 | 3,585.21 | 171.21 |
| 13 | Navient Pc Trust | 7200-000 | 3,051.00 | 3,497.48 | 3,497.48 | 167.02 |
| 10 | Navient Solutions, Inc. | 7200-000 | NA | 60,581.25 | 0.00 | 0.00 |
| 15 | Park Bank | 7200-000 | 132,681.00 | 191,626.41 | 0.00 | 0.00 |
| 18 | Park Bank | 7200-000 | NA | 148,495.04 | 148,495.04 | 7,091.10 |
| 14 | Navient Pc Trust | 7200-001 | 73.00 | 79.32 | 79.32 | 3.79 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 632,534.63 | $ 517,967.18 | $ 265,759.52 | $ 92,393.84 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-23560 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Michael R Fiorucci | | | | Date Filed (f) or Converted (c): | 06/25/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/04/2014 |
| For Period Ending: | 02/12/2019 | | | | Claims Bar Date: | 12/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Fifth Third Checking Account | 3,000.00 | 1,000.00 | | 0.00 | FA |
| 2. Fifth Third Savings Account | 700.00 | 0.00 | | 0.00 | FA |
| 3. Bank Of America Savings Account | 75.77 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous | 500.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Pacific Life Whole Life Insurance Policy | 6,309.79 | 0.00 | | 0.00 | FA |
| 7. Cetera Rollover Ira | 195,831.89 | 0.00 | | 0.00 | FA |
| 8. Ascension Health 403(B) Retirement Savings Plan | 22,033.75 | 0.00 | | 0.00 | FA |
| 9. Ascension Health 401(A) Plan | 4,125.19 | 0.00 | | 0.00 | FA |
| 10. Little Company Of Mary 401(K) Plan | 4,701.22 | 0.00 | | 0.00 | FA |
| 11. 2012 Toyota Highlander | 21,750.00 | 0.00 | | 0.00 | FA |
| 12. Accounts Receivable (u)  Prepetition compensation of $300,000.00 | 0.00 | 300,000.00 | | 135,000.00 | FA |
| 13. Accounts Receivable (u)  Postpetition transfer of $30,000 to church | 0.00 | 30,000.00 | | 20,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $260,027.61 | $331,000.00 | | $155,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST has extended time to object to discharge; Trustee has followed suit. - Joji Takada 11/30/2014

UST has extended time to object to discharge; Trustee has followed suit. - Joji Takada 3/25/2015

UST has filed complaint to deny discharge; Trustee pursuing post-petition transfers of undisclosed assets. - Joji Takada 6/30/2015

Trustee hired bankruptcy counsel to pursue post-petition transfers. - Joji Takada 11/30/2015

Debtor waived discharge; Trustee investigating turnover of property of the estate. - Joji Takada 6/27/2016

Trustee investigating turnover of property of the estate. - Joji Takada 9/2/2016

Trustee investigating turnover of property of the estate. - Joji Takada 12/20/2016

Trustee investigating turnover of property of the estate. - Joji Takada 3/1/2017

Settlement discussion re turnover of property of the estate. - Joji Takada 6/20/2017

Received turnover of settlement amount re: property of the estate. - Joji Takada 9/10/2017

Consulting with tax professional re: tax returns. - Joji Takada 12/15/2017

Preparing TFR for UST review. - Joji Takada 3/19/2018

Initial Projected Date of Final Report (TFR): 06/25/2016        Current Projected Date of Final Report (TFR): 06/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-23560 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Michael R Fiorucci | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0312 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3765 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/12/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/11/16 | 13 | First Baptish Church of Lockport | Settlement payment re: post-petition transfer of estate property | 1229-000 | $20,000.00 | | $20,000.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.14 | $19,979.86 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.74 | $19,951.12 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.66 | $19,921.46 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.61 | $19,891.85 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.62 | $19,863.23 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.53 | $19,833.70 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.54 | $19,805.16 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.44 | $19,775.72 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.40 | $19,746.32 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.52 | $19,719.80 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.32 | $19,690.48 |

Page Subtotals: $20,000.00  $309.52

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-23560 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Michael R Fiorucci | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0312 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3765 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/12/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.33 | $19,662.15 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.23 | $19,632.92 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.25 | $19,604.67 |
| 08/03/17 | 12 | Meltzer Purtill Stelle LLC | Settlement payment Settlement re turnover of property of the estate | 1229-000 | $135,000.00 | | $154,604.67 |
| 08/03/17 | 1001 | Meltzer Purtill Stelle LLC<br>Meltzer, Purtill & Stelle LLC<br>300 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>Attn: David L. Kane | Payment to trustee professional<br><br>Bankruptcy counsel fees and costs | | | $49,891.88 | $104,712.79 |
| | | Meltzer Purtill Stelle LLC | ($47,559.50) | 3210-000 | | | |
| | | Meltzer Purtill Stelle LLC | ($2,332.38) | 3220-000 | | | |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.15 | $104,683.64 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $164.18 | $104,519.46 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $150.39 | $104,369.07 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $155.16 | $104,213.91 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $149.94 | $104,063.97 |

Page Subtotals: $135,000.00    $50,626.51

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-23560 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Michael R Fiorucci | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0312 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3765 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/12/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $154.71 | $103,909.26 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $154.49 | $103,754.77 |
| 02/27/18 | 1002 | INTERNATIONAL SURETIES<br>701 Poydras St Suite 420<br>New Orleans, LA 70139 | 2018 Blanket Bond Payment | 2300-000 | | $60.33 | $103,694.44 |
| 05/21/18 | 1003 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $11,000.00 | $92,694.44 |
| 05/21/18 | 1004 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $25.60 | $92,668.84 |
| 05/21/18 | 1005 | Office Of The U.S. Trustee<br><B>(Administrative)</B><br>219 S Dearborn St. Room 873<br>Chicago, Il 60604 | Final distribution per court order. | 2990-000 | | $275.00 | $92,393.84 |
| 05/21/18 | 1006 | Navient Solutions Inc<br>220 Lasley Ave.<br>Wilkes-Barre Pa. 18706 | Final distribution per court order. | 7100-000 | | $57,182.66 | $35,211.18 |
| 05/21/18 | 1007 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution per court order. | 7100-000 | | $75.94 | $35,135.24 |
| 05/21/18 | 1008 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution per court order. | 7100-000 | | $3,159.59 | $31,975.65 |
| 05/21/18 | 1009 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution per court order. | 7100-000 | | $3,348.11 | $28,627.54 |
| 05/21/18 | 1010 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution per court order. | 7100-000 | | $3,430.15 | $25,197.39 |
| 05/21/18 | 1011 | Toyota Motor Credit Corporation<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $2,216.15 | $22,981.24 |

Page Subtotals: $0.00   $81,082.73

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-23560  
Case Name: Michael R Fiorucci  
Taxpayer ID No: XX-XXX3765  
For Period Ending: 02/12/2019  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0312  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/21/18 | 1012 | Toyota Motor Credit Corporation<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $9,183.02 | $13,798.22 |
| 05/21/18 | 1013 | Synchrony Bank<br>C/O Recovery Management Systems Corp<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $5,104.30 | $8,693.92 |
| 05/21/18 | 1014 | Navient Pc Trust<br>C/O Navient Solutions, Inc.<br>Po Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution per court order. | 7200-000 | | $157.70 | $8,536.22 |
| 05/21/18 | 1015 | Navient Pc Trust<br>C/O Navient Solutions, Inc.<br>Po Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution per court order. | 7200-000 | | $171.21 | $8,365.01 |
| 05/21/18 | 1016 | Navient Pc Trust<br>C/O Navient Solutions, Inc.<br>Po Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution per court order. | 7200-000 | | $167.02 | $8,197.99 |
| 05/21/18 | 1017 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7200-001 | | $3.79 | $8,194.20 |
| 05/21/18 | 1018 | Chase Bank Usa, N.A.<br>Attn: Corres Dept<br>Po Box 15298<br>Wilmington De 19850 | Final distribution per court order. | 7200-000 | | $814.61 | $7,379.59 |
| 05/21/18 | 1019 | Chase Bank Usa, N.A.<br>Attn: Corres Dept<br>Po Box 15298<br>Wilmington De 19850 | Final distribution per court order. | 7200-000 | | $288.49 | $7,091.10 |
| 05/21/18 | 1020 | Park Bank<br>Philip James Addis<br>504 Main St<br>Lacrosse Wi 54601 | Final distribution per court order. | 7200-000 | | $7,091.10 | $0.00 |

COLUMN TOTALS    $155,000.00    $155,000.00

Page Subtotals:    $0.00    $22,981.24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

|   | | |
|---|---|---|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $155,000.00 | $155,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $155,000.00 | $155,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0312 - Checking | $155,000.00 | $155,000.00 | $0.00 |
|  | $155,000.00 | $155,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $155,000.00 |
| Total Gross Receipts: | $155,000.00 |

Page Subtotals:  $0.00  $0.00